THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FREDDIE L. WATKINS,** : | |
| : | |
| Claimant, : | |
| : | |
| v.  : | Civil Action |
| : | No. 5:07-cv-437 (CAR) |
| **MICHAEL J. ASTRUE,** : | |
| **COMMISSIONER OF** : | |
| **SOCIAL SECURITY,** : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

This case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 16), who recommends that the Court remand the decision of the Commissioner for rehearing pursuant to Sentence Four of 42 U.S.C. § 405(g). The Commissioner has not objected to the Recommendation. Upon review of the Recommendation, the Court agrees with the conclusions of the Magistrate Judge and hereby **ADOPTS** the Recommendation as the Order of the Court.

Wherefore, it is hereby **ORDERED** that this case shall be remanded to the Commissioner for further proceedings in light of the concerns stated by the United States Magistrate Judge in the Recommendation.

It is SO ORDERED this 23rd day of March, 2009.

                S/ C. Ashley Royal
                C. ASHLEY ROYAL, JUDGE
                UNITED STATES DISTRICT COURT

chw