IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FREDDIE L. WATKINS,<br><br>               Plaintiff<br><br>      VS.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>              Defendant | NO. 5:07-CV-437 (CAR)<br><br>PROCEEDING UNDER 42 U.S.C. § 405(g)<br>BEFORE THE U. S. MAGISTRATE JUDGE |

**ORDER ON MOTION FOR ATTORNEYS FEES**

Pending in this appeal under 42 U.S.C § 405(g) is a motion for attorneys fees filed by plaintiff at Tab #19 under the Equal Access to Justice Act, 28 U.S.C. §2412(d), for the amount of $3,062.50 ($971.50 for work done by Attorney Claxton and $2,091.00 for work done by Attorney Phillips) and for expenses in the amount of $27.80.  The Commissioner has filed a response to the motion indicating he has no opposition to it.

The Equal Access to Justice Act ("EAJA"), as codified at 28 U.S.C. § 2412(d)(1)(A), provides that "a court shall award to a prevailing party other than the United States fees and other expenses, . . . incurred by that party in any civil action . . . brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." see also *Comm'r, I.N.S. v. Jean*, 110 S.Ct. 2316, 2319 (1990).  This action was remanded to the Commissioner for further proceedings in an order dated March 23, 2009, thereby making the plaintiff the prevailing party for purposes of EAJA.

Accordingly, IT IS THE ORDER of the undersigned that Plaintiff's motion for the award of attorneys fees be **GRANTED**, and that attorneys fees in the amount of **$3,062.50** and expenses in the amount of **$27.80** be awarded.

SO ORDERED, this 4th day of DECEMBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE